# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ROOM 17 AT THE PENN AMISH MOTEL, 2840 NORTH READING ROAD, DENVER, PENNSYLVANIA, 17517 | Case No. 21-mj-188 |

## ORDER

AND NOW, this 3rd day of February, 2021, after consideration of the government's motion to unseal the search warrant, and related documents, in the above-captioned matter, it is ORDERED that the government's motion is GRANTED and the search warrant and related documents in the above-captioned matter are UNSEALED.

BY THE COURT:

*s/Richard A. Lloret*
HONORABLE RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE